**SO ORDERED.**

**SIGNED this 10th day of July, 2019.**



_____Dale L. Somers_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:  Molly Anne Little                                    Case No.:   19-20785-13-DLS

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF <u>CAPITAL ONE AUTO FINANCE</u>

     This matter comes on for consideration upon the Objection of the Debtor to the allowance of the claim by Capital One Auto Finance, a division of Capital One, N.A.  Notice with Opportunity for Hearing on the Motion was properly given, no timely objections were filed, and no hearing was held on the matter.

     IT IS THEREFORE BY THE COURT ORDERED that the Debtor's Objection should be and is hereby sustained.  Claim number 4 of Capital One Auto Finance, a division of Capital One, N.A. is disallowed.  Debtor is surrendering her interest in the property securing the note.  The Debt is being paid through the co-signor's Chapter 13 Plan.  This objection does not bar the creditor from filing an unsecured deficiency claim.

###

Submitted by,

s/ Kristina S. Zhilkina-Crump
Kristina S. Zhilkina-Crump, #24665
Coons & Crump, LLC
534 S. Kansas Ave., Ste. 305
Topeka, KS 66603
Phone: 785-856-8720
Fax: 888-507-1350
kcrump@kansasbankruptcy.com
Counsel for Debtor

Approved by,

s/ William H. Griffin
William H. Griffin
5115 Roe Blvd., Ste. 200
Roeland Park, KS 66205
Phone: 913-677-1311
Standing Trustee